1 │ JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 │ JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 │ Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 │ Assistant United States Attorney

5 │   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 │ Telephone: (415) 436-6730
FAX: (415) 436-6927

7 │
Attorneys for Defendants
8 │

9 │              UNITED STATES DISTRICT COURT

10 │            NORTHERN DISTRICT OF CALIFORNIA

11 │               SAN FRANCISCO DIVISION

12 │ GELU DUMITRASCUTA,                )
DORINA DUMITRASCUTA,              )   No. C 08-2014 VRW
13 │ SAMULE DUMITRASCUTA,             )
DANIEL DUMITRASCUTA,             )
14 │                                  )   STIPULATION TO TRANSFER VENUE OF
                    Plaintiffs,      )   ACTION TO EASTERN DISTRICT OF
15 │                                  )   CALIFORNIA AND [PROPOSED] ORDER
            v.                       )
16 │                                  )
GERARD HEINAUER, Director,        )
17 │ USCIS Nebraska Service Center, et al.,  )
                                  )
18 │                    Defendants.      )
                                  )
19 │ ─────────────────────────────────

20 │     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21 │ attorneys of record, hereby stipulate, subject to approval of the court, to transfer the above-entitled

22 │ action to the United States District Court for the Eastern District of California pursuant to 28

23 │ U.S.C. § 1631 because Plaintiffs reside in Citrus Heights , CA, and their adjustment of status

24 │ applications are with the United States Citizenship and Immigration Services in Sacramento,

25 │ California.

26 │     As the time for a response to the complaint has not yet run, and in view of the uncertainty as to

27 │ when this action will be docketed and assigned to a judge in the Eastern District of California, the

28 │ parties further stipulate and request of the Court that the time for the Defendants to answer, move,

Stipulation to Transfer
C08-2014 VRW                            1

plead or otherwise respond to the Complaint should be extended to 60 days after the date the action

is docketed and assigned to a judge in the Eastern District of California.

Date: May 20, 2008                              Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                _____/s/_____
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants


                                                _____/s/_____
Date: May 20, 2008                              ROBERT B. JOBE
                                                Attorney for Plaintiffs


                                    **ORDER**

        The foregoing stipulation is approved and this action is hereby transferred to the United

States District Court for the Eastern District of California, the judicial district in which this case

should have been brought.  The time for Defendants to answer, move, plead or otherwise respond to

the Plaintiff's Complaint shall be extended to 60 days after the action is docketed, and a judge

assigned, in the Eastern District of California.  IT IS SO ORDERED.


Date:   May 22, 2008



                                                _____
                                                VAUGHN R. WALKER
                                                United States District Judge

_____

        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
signatures indicated by a "conformed" signature (/S/) within this efiled document.