1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95831
4  Telephone: (916) 554-2729
   Facsimile: (916) 554-2886
5

6  Attorneys for Defendants

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| GELU DUMITRASCUTA, ET AL., | ) | 2:08-CV-1235 FCD KJM |
|---|---|---|
| Plaintiff, | ) | **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO THE COMPLAINT** |
| v. | ) | |
| GERARD HEINAUER, et al., | ) | |
| Defendants. | ) | |

   Plaintiffs Gelu Dumitrascuta, Dorina Dumitrascuta, Samuel Dumitrascuta, and Daniel Dumitrascuta ("Plaintiffs") seek mandamus relief and bring suit under the Administrative Procedures Act to compel the adjudication of their pending applications for adjustment of status by U.S. Citizenship and Immigration Services. The parties respectfully advise the Court that they are endeavoring to reach a resolution to this matter at the administrative level. The parties accordingly stipulate to a 60-day extension of time for the government to file its answer to the complaint, until December 22, 2008.

Respectfully submitted,

Dated: October15, 2008.            McGREGOR W. SCOTT
                                   United States Attorney

By:     /s/ Audrey B. Hemesath
        AUDREY B. HEMESATH
        Assistant U.S. Attorney

        Attorneys for Defendants


By:     /s/ Robert B. Jobe
        ROBERT B. JOBE

        Attorney for Plaintiffs


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to December 22, 2008.

IT IS SO ORDERED.

DATED: October 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE