McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone:  (916) 554-2729
Facsimile:  (916) 554-2886

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELU DUMITRASCUTA, ET AL., ) | 2:08-CV-1235 FCD KJM |
| ) | |
| Plaintiff, ) | **SECOND JOINT STIPULATION AND** |
| ) | **ORDER RE: EXTENSION OF TIME IN** |
| v. ) | **WHICH TO FILE ANSWER TO THE** |
| ) | **COMPLAINT** |
| GERARD HEINAUER, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiffs Gelu Dumitrascuta, Dorina Dumitrascuta, Samuel Dumitrascuta, and Daniel Dumitrascuta ("Plaintiffs") seek mandamus relief and bring suit under the Administrative Procedures Act to compel the adjudication of their pending applications for adjustment of status by U.S. Citizenship and Immigration Services.  The parties have previously stipulated to an initial extension of time for the government to file its answer to the complaint, until December 22, 2008.  As plaintiffs are in the process of submitting necessary documents to U.S. Citizenship and Immigration Services, and adjudication is not possible without the submission of those documents, the parties now agree to a second extension of time, until February 22, 2009.

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted,

Dated: December 3, 2008.

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

Attorneys for Defendants

By:   /s/ Katherine Margaret Lewis
KATHERINE MARGARET LEWIS

Attorney for Plaintiffs

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the time for the government to answer the complaint is extended to February 22,

2009.

DATED: December 4, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2