LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELU DUMITRASCUTA, ET AL., ) | 08-CV-S-1235 FCD KJM |
| ) | |
| Plaintiff, ) | **THIRD JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO THE COMPLAINT** |
| ) | |
| v. ) | |
| ) | |
| GERARD HEINAUER, et al., ) | |
| ) | |
| Defendants. ) | |

    Plaintiffs Gelu Dumitrascuta, Dorina Dumitrascuta, Samuel Dumitrascuta, and Daniel Dumitrascuta ("Plaintiffs") seek mandamus relief and bring suit under the Administrative Procedures Act to compel the adjudication of their pending applications for adjustment of status by U.S. Citizenship and Immigration Services. The parties have previously stipulated to two previous extensions of time for the government to file its answer to the complaint, until February 22, 2009. As indicated in the previous stipulations to extensions of time, plaintiffs are in the process of submitting necessary documents to U.S. Citizenship and Immigration Services, and adjudication is not possible without the submission of those documents. A hearing in a related criminal matter is scheduled for the month of February, and it is anticipated that administrative adjudication will be possible at the conclusion of that criminal proceeding. In the anticipation that the matter will then be resolved at the administrative level, the parties now agree to a third extension of time, until June 22, 2009.

Respectfully submitted,

Dated: February 4, 2009

LAWRENCE BROWN
Acting United States Attorney

By: /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

Attorneys for Defendants


By: /s/ Katherine Margaret Lewis
KATHERINE MARGARET LEWIS

Attorney for Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for the government to answer the complaint is extended to June 22, 2009.

IT IS SO ORDERED.

DATED: February 9, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE