LAWRENCE BROWN
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2729
Facsimile: (916) 554-2886

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GELU DUMITRASCUTA, ET AL., | CIV S.08-1235 FCD KJM |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| GERARD HEINAUER, et al., | |
| Defendants. | |

Plaintiffs Gelu Dumitrascuta, Dorina Dumitrascuta, Samuel Dumitrascuta, and Daniel Dumitrascuta ("Plaintiffs") seek mandamus relief and bring suit under the Administrative Procedures Act to compel the adjudication of their pending applications for adjustment of status by U.S. Citizenship and Immigration Services. As of the date of this filing, the applications have been adjudicated. Accordingly, the parties stipulate to dismissal of this matter as moot.

Respectfully submitted,

Dated: June 22, 2009         LAWRENCE BROWN
                             Acting United States Attorney

                        By:  /s/ Audrey B. Hemesath
                             AUDREY B. HEMESATH
                             Assistant U.S. Attorney

                             Attorneys for Defendants

1

By:     /s/ Katherine Margaret Lewis
KATHERINE MARGARET LEWIS

Attorney for Plaintiffs

## **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed.

DATED:  June 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE